PROB 12B
(12/00)

# United States District Court
**for**
The District of Rhode Island

## Request for Modifying the Conditions of Supervision with Consent of the Offender

**Name of Offender:** Alexander Sanchez **Case Number:** 1:97CR00013-003

**Name of Sentencing Judicial Officer:** Honorable Francis J. Boyle

**Assigned Judicial Officer:** Honorable Mary M. Lisi

**Date of Original Sentence:** July 18, 1997

**Original Offense:** Conspiracy to Distribute Cocaine and Possession with Intent to Distribute Cocaine

**Original Sentence:** Seventy months incarceration, five years supervised release and a $200 special assessment

**Type of Supervision:** Supervised Release **Date Supervision Commenced:** September 31, 2001

---

☐ To extend the term of supervision for ____ years, for a total term of ____ years.

☒ To modify the conditions of supervision as follows:

**The defendant shall participate in a mental health treatment program as approved by the United States Probation Department.**

## CAUSE

Mr. Sanchez, having been employed by the Crown Plaza Hotel, Warwick, Rhode Island since the commencement of his supervision, sustained a hernia while working in July 2006. He was placed on medical leave and he had the injury surgically repaired. However, during his recovery, Mr. Sanchez developed a back injury and has been unable to return to work. Of equal significance, on April 6, 2006, USPO Borrelli met with Mr. Sanchez during an unannounced home visit and he requested mental health treatment. He asserted that he is very depressed and that he could benefit from counseling in order to help him cope with his personal problems.

On April 7, 2006, USPO Borrelli spoke to Assistant United States Attorney Stephanie S. Browne and she advised that she does not have any objections to the above-mentioned modification.

On April 7, 2006, Mr. Sanchez met with USPO Borrelli and executed a PROB form 49 - Waiver of Hearing to Modify of Conditions of Supervised Release. In view of the fact that Mr. Sanchez appears to be in need of mental health services, it is respectfully recommended that his conditions be modified to include the above-mentioned condition.

PROB 12B
(12/00)

**Reviewed and Approved by:**

Kurt E. O'Sullivan [signature]

**Kurt E. O'Sullivan**
**Supervising U.S. Probation Officer**

Date: 4/7/06

**Respectfully Submitted by:**

David S. Borrelli [signature]

**David S. Borrelli**
**U.S. Probation Officer**

Date: 4/7/6

## The Court Orders

---

- ☐ No Action
- ☐ The Extension of Supervision as Noted Above
- ☑ The Modification of Conditions as Noted Above
- ☐ Other

Mary M. Lisi [signature]

Honorable Mary M. Lisi
U.S. District Judge

April 11, 2006
Date

Prob 49
(Rev. 3/89)

# United States District Court
for
# The District of Rhode Island

## Waiver of Hearing to Modify Conditions of Supervised Release

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

**The defendant shall participate in a mental health treatment program as approved by the United States Probation Department.**

Witness: Kim Messier Signed: x Alexander Sanchez

04 - 7 - 06
Date